# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20913-CR-LENARD/O'SULLIVAN

**UNITED STATES OF AMERICA,**

v.

**ELKIN VARGAS GONZALEZ,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 584)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge John O'Sullivan, ("Report," D.E. 584), issued January 26, 2018, recommending that the Court deny the defendant's Motion to Request a Correction or Reduction of Sentence Pursuant to Substantial Assistance Provided to the Government under Rule 35 (D.E. 568) filed on November 2, 2017. The defendant thereafter filed a Motion Requesting Reconsideration to His Motion to Reduce Sentence Pursuant to Fed. R. Crim. P. 35 (D.E. 586) which this Court shall construe as his Objections to Magistrate Judge O'Sullivan's Report and Recommendation ("Objections"), filed on February 22, 2018. No response to the Objections was filed.

Upon review of the Report, Objections, and the record, the Court finds as follows:

The defendant has failed to make a substantial threshold showing of a constitutionally impermissible motive for the government's failure to file a Rule 35(b) motion, and as such, the defendant's Motion to Compel the Government to file a Rule

35(b) Motion is Denied. Moreover, he is not entitled to an evidentiary hearing on this matter.

Accordingly, it is **ORDRED AND ADJUDGED** that:

(1) The Report and Recommendation on defendant's Motion to Request a Correction or Reduction of Sentence Pursuant to Substantial Assistance Provided to the Government under Rule 35 (D.E. 584) is **ADOPTED**;

(2) The defendant's Objections (D.E. 586) are overruled; and

(3) The defendant's motion (D.E. 568) is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 3 day of ~~March~~ April, 2018.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE